**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 96-30928

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

STEVEN GERACI, STEVEN COLLARA, and CHALMETTE JEWELRY, INC.

Defendant-Appellants.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(95-CR-274)
_____
August 18, 1997

Before JOLLY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellants Geraci, Collara, and Chalmette Jewelry, Inc. were found guilty by a jury under 18 U.S.C. § 371 for conspiring to violate the federal firearms law and under 18 U.S.C. § 922(d) for selling firearms and ammunition to a convicted felon. Appellants assign numerous points of error on appeal including _Brady_, search

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

warrant, Grand Jury and Confrontation Clause issues, as well as prosecutorial misconduct, and insufficiency of evidence claims.

Having considered the briefs and oral arguments of counsel and the record, we conclude that the district court did not commit reversible error.  The appellants' convictions are AFFIRMED.